UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CALVIN POWELL,

    Plaintiff,

v.                                   Case No. 5:18cv233-TKW-MJF

**INCH** and **MILLER**,

    Defendants.
_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 55) and Plaintiff's objection (Doc. 56). Based on my de novo review of the issues raised in the objection, I agree with the magistrate judge's determination that this case is due to be dismissed based on Plaintiff's failure to exhaust his administrate remedies. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' motion to dismiss (Doc. 41) is **GRANTED**, and this case is **DISMISSED**.

3. The Clerk shall close the case file.

**DONE and ORDERED** this 10th day of February, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**